UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| | ) |
| LUIS JIMENEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )      Civil Action No. 17-30177-MGM |
| | ) |
| CHRISTOPHER DONELAN et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United

States Attorney as counsel for the respondents, in the above-captioned matter.


Respectfully submitted,

ANDY LELLING
United States Attorney

By:      */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3398
Dated: December 22, 2017      Jessica.Driscoll@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.


*/s/ Jessica P. Driscoll*
Jessica P. Driscoll
Dated: December 22, 2017                  Assistant United States Attorney