AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUIS JIMENEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. Civil Action No. 3:17-CV-30177-MGM |
| CHRISTOPHER DONELAN, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LUIS JIMENEZ

Date: DECEMBER 26, 2017

/s/SARAH GRUBER
*Attorney's signature*

SARAH GRUBER #BBO691541
*Printed name and bar number*

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103
*Address*

sgruber@murthalaw.com
*E-mail address*

860-240-6060
*Telephone number*

860-240-6150
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

By: _/s/ Sarah Gruber_____
Sarah Gruber